UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JAIME EDUARDO MONTANA-EQUIHUA,<br><br>　　　　　　　　Defendant. | Case No.: 24-cr-0062-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

　　　On January 30, 2024, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for February 9, 2024 to March 15, 2024. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 19] and sets the Motion Hearing/Trial Setting on March 15, 2024 at 1:30 p.m.

　　　For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. On February 1, 2024, a plea agreement was lodged before the Court, and a change of plea hearing is set for February 8, 2024 before the Magistrate Judge. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

//
//
//
//

Further, on January 25, 2024, the Defendant filed a pretrial motion that remains pending. Accordingly, the Court finds that time from January 25, 2024 to March 15, 2024 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 2/7/24

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE